**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : |
| **James M. Klos AKA Jamie M. Klos** | :  **Case No.: 13-10982** |
| | :  **Chapter 13** |
| Debtor(s). | :  **Judge Thomas P. Agresti** |
| | :  * * * * * * * * * * * * * * * * * * * * * * |
| | : |
| | : |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Karina Velter enters her appearance as counsel for Nationstar Mortgage LLC, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                                                    Respectfully submitted,

                                                                    /s/ Karina Velter
                                                                    Karina Velter, Esquire (94781)
                                                                    Kimberly A. Bonner (89705)
                                                                    Holly N. Wolf (322153)
                                                                    Adam B. Hall (0088234)
                                                                    Edward H. Cahill (0088985)
                                                                    Kimberly J. Hong (74950)
                                                                    Manley Deas Kochalski LLC
                                                                    P.O. Box 165028
                                                                    Columbus, OH  43216-5028
                                                                    Telephone: 614-220-5611
                                                                    Fax: 614-627-8181
                                                                    Attorneys for Creditor
                                                                    The case attorney for this file is Karina Velter.
                                                                    Contact email is kvelter@manleydeas.com

17-016796_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **James M. Klos AKA Jamie M. Klos** | : | Case No.: 13-10982 |
| | : | **Chapter 13** |
| Debtor(s). | : | **Judge Thomas P. Agresti** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 4, 2017.

Service by ECF:
Office of the United States Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219

Christopher M. Frye, Attorney for James M. Klos AKA Jamie M. Klos, Suite 2830 Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219, chirs.frye@steidl-steinburg.com

Kenneth Steidl, Attorney for James M. Klos AKA Jamie M. Klos, Suite 2830 Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219, julie.steidl@steidl-steinberg.com

Service by First-Class Mail:
James M. Klos AKA Jamie M. Klos and Michelle Molek, 9 Pleasant Street, Tidioute, PA 16351

EXECUTED ON: May 4, 2017

By: /s/ Karina Velter
Signature
Karina Velter, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.

17-016796_PS

        94781
        List Bar I.D. and State of Admission

17-016796_PS