# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JAMES M. KLOS<br><br>　　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　　　Movant<br>　　　vs.<br>JAMES M. KLOS<br><br><br>　　　Respondents | Case No. 13-10982TPA<br><br>Chapter 13<br><br>Document No. 76 |

**FILED**
8/24/18 8:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this **24th** day of **August**, 20**18**, it is hereby ORDERED, ADJUDGED, and DECREED that,

United Refining Co
Attn: Payroll Manager
Pob 780
Warren, PA 16365

is hereby ordered to immediately terminate the attachment of the wages of JAMES M. KLOS, social security number XXX-XX-1195. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JAMES M. KLOS.

BY THE COURT:

_[signature]_
**ljm**
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
　　Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 13-10982-TPA
James M. Klos                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: dkam              Page 1 of 1              Date Rcvd: Aug 24, 2018
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2018.
db            +James M. Klos,    9 Pleasant Street,    Tidioute, PA 16351-1015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com
              Christopher M. Frye    on behalf of Debtor James M. Klos chris.frye@steidl-steinberg.com,
               julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgo
               ga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor    Nationstar Mortgage LLC amps@manleydeas.com
              Kenneth Steidl    on behalf of Debtor James M. Klos julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 7