IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                              )
                                    )   Case No. 13-10982 TPA
    James M. Klos,                )   Chapter 13
                                    )   Docket No.
        *Debtor*              )
                                    )
    James M. Klos,                )
                                    )
        *Movant*              )
                                    )
    *No Respondent(s)*            )

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On December 3, 2013 at docket number 28, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.


August 29, 2018                           /s/ James M. Klos
Date                                      Debtor


_____                          _____
Date                                      Debtor

        Respectfully submitted,

<u>September 4, 2018</u>        <u>/s/ Christopher M. Frye</u>
DATE        Christopher M. Frye, Esquire
        Attorney for the Debtor

        STEIDL & STEINBERG
        Suite 2830, Gulf Tower
        707 Grant Street
        Pittsburgh, PA 15219
        (412) 391-8000
        Chris.frye@steidl-steinberg.com
        PA I.D. No. 208402

**PAWB Local Form 24 (07/13)**