UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
18 SEP 14 PM 12:46
CLERK
U.S. BANKRUPTCY
COURT - ERIE

In Re:

JAMES M. KLOS

Debtor(s)

Case No. 13-10982

Claim No. : 1

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address pertaining to NOTICES ONLY, listed in the above stated case be changed.

**\*\* Below change is only for notice address. Payment address will be same as filed in POC.**

<u>Address where Notices to the creditor be sent:</u>

| From | To |
|---|---|
| NCEP, LLC by AIS Portfolio Services, LP as agent | NCEP, LLC by AIS Portfolio Services, LP as agent |
| P.O. Box 165028 | 4515 N Santa Fe Ave. Dept. APS |
| Irving, TX 75016 | Oklahoma City, OK 73118 |

Date: 09/10/2018

_____

Creditor's Authorized Agent for NCEP, LLC by
AIS Portfolio Services, LP as agent