IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/3/18 9:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In Re: | ) | |
| James Klos | ) | Case No. 13-10982 TPA |
|     Debtor | ) | Chapter 13 |
| | ) | Document No.     80 |
| Steidl and Steinberg, P.C. | ) | |
|     Applicant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, | ) | |
| Trustee, OneMain Financial, Santander Consumer, | ) | |
| Altair OH XIII, LLC, ARS National Services, AT&T | ) | |
| Mobility, Capital One, GE Capital/Lowes, LVNV | ) | |
| Funding, MRS Assoc., NCEP, Inc., NCO Financial | ) | |
| Systems, NationStar Mortgage, PA Dept. of Revenue, | ) | |
| Portfolio Recovery Assoc., Recovery Management | ) | |
| Systems, Santander Consumer, Titusville Hospital, | ) | |
|     Respondents | ) | |

## ORDER OF COURT

AND NOW, to-wit this ___3rd___ day of ___October___, 2018, after consideration of the Application for Final Compensation by Counsel for Debtor it is hereby ORDERED, ADJUDGED and DECREED that:

1) The Application for Final Compensation is approved in the additional amount of $4,345.00 for work performed in the Chapter 13 case by Debtor's counsel from July 14, 2011, to September 12, 2018.

2) The Debtor paid their counsel for administrative costs and expenses totaling $681.00 prior to case filing (including the court filing fee of $281.00). Expenses reimbursement of $0.00 is being requested here.

3) Before the approval of this Fee Application, the Debtor's counsel was paid an $400.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,300.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtor's counsel is $8,045.00, with the total to be paid through the Plan by the Trustee being $7,355.00 (representing the $3,300.00

previously approved to be paid (as set forth above), and an additional $4,055.00 that was approved as part of the Amended Plan dated April 1, 2015 (at Doc. 58) which was confirmed on June 4, 2015 (at Doc. 61),

4) The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5) The clerk shall record the total compensation as $4,345.00.

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

_____ J.

ljm

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
James M. Klos  
       Debtor

Case No. 13-10982-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: dkam     Page 1 of 1     Date Rcvd: Oct 03, 2018  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2018.  
db          +James M. Klos,    9 Pleasant Street,    Tidioute, PA 16351-1015

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2018 at the address(es) listed below:

       Andrew F Gornall    on behalf of Creditor    Nationstar Mortgage LLC andygornall@latouflawfirm.com  
       Christopher M. Frye    on behalf of Debtor James M. Klos chris.frye@steidl-steinberg.com, julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
       James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com  
       Karina Velter    on behalf of Creditor    Nationstar Mortgage LLC amps@manleydeas.com  
       Kenneth Steidl    on behalf of Debtor James M. Klos julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                 TOTAL: 7